**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7395

WADE A. MALONE,

                                    Plaintiff - Appellant,

          versus

FORD, Mr., Nurse at Facility, Richmond City
Jail; INFIRMARY STAFF, Richmond City Jail,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:06-cv-00500-RLW)

Submitted:  January 17, 2008      Decided:  January 28, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wade A. Malone, Appellant Pro Se.  Thomas D. Lane, TILLER LAW
GROUP, Richmond, Virginia, for Appellee Ford.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade A. Malone appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Malone v. Ford</u>, No. 3:06-cv-00500-RLW (E.D. Va. Aug. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>